ERIC GRANT
United States Attorney
MATHEW W. PILE
Head of Program Litigation 1
Social Security Administration | Law & Policy
MARGARET BRANICK-ABILLA, CSBN 223600
Special Assistant United States Attorney
Program Litigation 1
Social Security Administration | Law & Policy
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (510) 970-4809
Email: Margaret.Branick-Abilla@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLA MARIE ALVAREZ,<br><br>        Plaintiff,<br><br>    vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant. | Civil No. 2:26-cv-00043-JDP<br><br>STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g); [PROPOSED] ORDER |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, with the approval of the Court, that this action be remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

On remand, the Commissioner will offer Plaintiff the opportunity for a hearing, take further action to develop the administrative record, as necessary, and issue a new decision.

///

///

///

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.


Respectfully submitted,

Dated: April 24, 2026                    LAW OFFICES OF FRANCESCO BENAVIDES

                                         By:/s/ Francesco Benavides*
                                         FRANCESCO BENAVIDES
                                         Attorneys for Plaintiff
                                         [*As authorized by e-mail on Apr. 24, 2026]

Dated: April 27, 2026                    ERIC GRANT
                                         United States Attorney
                                         MATHEW W. PILE
                                         Head of Program Litigation 1
                                         Social Security Administration | Law & Policy

                          By:    /s/ Margaret Branick-Abilla
                                         MARGARET BRANICK-ABILLA
                                         Special Assistant United States Attorney
                                         Attorneys for Defendant


## ORDER

Pursuant to stipulation, IT IS SO ORDERED.


    IT IS SO ORDERED.


    Dated:    April 27, 2026            _____
                                         JEREMY D. PETERSON
                                         UNITED STATES MAGISTRATE JUDGE

Stipulation; Order                    Page 2                    Case No. 2:26-cv-00043-JDP